IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CASE NO. 2:23-cv-00040-RWS-JCF

KAYLA FUNDERBURKE,

    Plaintiff,

vs.

AMERASSIST A/R SOLUTIONS, INC.,

    Defendant.

Plaintiff's attorneys hereby move this court for an order allowing them to withdraw as attorneys for Plaintiff , and in support state as follows:

Plaintiff's attorneys rely upon the accompanying brief and exhibits in support of this motion.

WHEREFORE, Plaintiff's attorneys respectfully request that this Court enter an order permitting them to withdraw as attorneys for Plaintiff in this case.

  Date: August 4, 2023

/s/ Joon Jeong
Joon Jeong, Esq.
GA Bar Number
1295 Old Peachtree Road
Suite 250
Suwanee, GA 30024
(678) 691-7903

Info@jjeonglaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

/s/ Joon Jeong
Joon Jeong

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing documents by using the CM/ECF system which will automatically send e-mail notification of such filing to the attorney(s) of record and to Plaintiff via United States Postal Service, First Class Mail, to her last known address: 1613 Eagle Eye Rd., Gainesville, GA 30504.

/s/ Joon Jeong
Joon Jeong

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## CASE NO.  2:23-cv-00040-RWS-JCF

KAYLA FUNDERBURKE,

      Plaintiff,

vs.

AMERASSIST A/R SOLUTIONS, INC.,

      Defendant.

Plaintiff retained Credit Repair Lawyers of America ("CRLA") to represent her regarding her claims for which she seeks relief in the above-captioned action. Thereafter, March 8, 2023, Plaintiff's counsel Lawrence Silverman, an attorney at CRLA, filed a Complaint in this action on behalf of Plaintiff. (Doc #1.) Lawrence Silverman subsequently left CRLA and was replaced by current counsel of record Joon Jeong as local counsel.

Plaintiff and her counsel have experienced a complete breakdown in their relationship such that it is not possible for counsel to continue to represent Plaintiff in this matter. Plaintiff has not cooperated with her counsel and has not responded to emails and phone calls from her attorneys.  Simply stated, Plaintiff's current counsel cannot continue to represent Plaintiff if Plaintiff does not communicate with

her counsel. Plaintiff has rendered undersigned counsel incapable of adequately representing Plaintiff's interests in this litigation.

Rule 1.16 of the Georgia Rules of Professional Conduct provides that a court may allow an attorney to withdraw from a case if "withdrawal can be accomplished without material adverse effect on the interests of the client" and if "good cause for withdrawal exists." Rule 1.16(b)(6). In this case, there has been a complete breakdown in the relationship between Plaintiff and her attorneys which has made it impossible for her attorneys to continue representing Plaintiff in this matter.

Pursuant to Local Rule 83.1(E), on July 21, 2023, Plaintiff's counsel of record forwarded a withdrawal letter via first class mail to Plaintiff's last known address notifying Plaintiff of the intent to withdraw as her counsel of record and advising her of her rights and obligation. (Exhibit 1, attached hereto). To date, more than fourteen (14) days has elapsed since Plaintiff was notified of the undersigned's intention to withdraw and Plaintiff has failed to object. Accordingly, good cause for the withdrawal exists in this matter. Therefore, undersigned counsel moves this Court for an order allowing them to withdraw as counsel of record for Plaintiff.

WHEREFORE, Plaintiff's attorneys CRLA and attorney of record Joon Jeong, respectfully request that this Court enter an order granting the requested withdrawal as counsel for Plaintiff.

Date: August 4, 2023

/s/ Joon Jeong
Joon Jeong, Esq.
GA Bar Number
1295 Old Peachtree Road
Suite 250
Suwanee, GA 30024
(678) 691-7903
Info@jjeonglaw.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

/s/ Joon Jeong
Joon Jeong

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document by using the CM/ECF system which will automatically send e-mail notification of such filing to the attorney(s) of record and to Plaintiff via United States Postal Service, First Class Mail, to her last known address: 1613 Eagle Eye Rd., Gainesville, GA 30504.

/s/ Joon Jeong
Joon Jeong