UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KAYLA FUNDERBURKE,<br>          Plaintiff(s),<br><br>vs.<br><br>AMERASSIST A/R SOLUTIONS, INC.,<br>          Defendant(s). | CIVIL ACTION FILE<br><br>NO. 2:23-CV-0040-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation as to Defendant's Motion for Summary Judgment, and the Court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the Plaintiff takes nothing; that the Defendant recovers its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Gainesville, Georgia, this 3rd day of July, 2024.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                                        By: s/ D. McGoldrick
                                             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 3, 2024
Kevin P. Weimer
Clerk of Court

By: s/ D. McGoldrick
        Deputy Clerk